IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 19

| | |
|---|---|
| CINCINNATI FINANCIAL ) <br> CORPORATION d/b/a CINCINNATI ) <br> INSURANCE COMPANY a/s/o ) <br> DELTA PARTNERS, INC., ) <br> ) <br>     Plaintiffs ) <br> ) <br>     V ) <br> ) <br> ELKAY MANUFACTURING COMPANY ) <br> d/b/a HALSEY TAYLOR, EMBRACO ) <br> NORTH AMERICA, INC., and GENERAL ) <br> ELECTRIC COMPANY, ) <br> ) <br>     Defendants. ) | **ORDER** |

**THIS MATTER** is before the court on J. Matthew Little's Application for Admission to Practice *Pro Hac Vice* of James S. Anderson. It appearing that James S. Anderson is a member in good standing with the Oregon State Bar and will be appearing with J. Matthew Little, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that J. Matthew Little's Application for Admission to Practice *Pro Hac Vice* (#4) of James S. Anderson is **GRANTED**, and that James S. Anderson is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with J. Matthew Little.

Signed: February 3, 2012

*[Signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge