IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 19

| | |
|---|---|
| CINCINNATI FINANCIAL CORPORATION d/b/a CINCINNATI INSURANCE COMPANY a/s/o DELTA PARTNERS, INC., | )<br>)<br>)<br>) |
| Plaintiffs | ) |
| V | )      **ORDER** |
| ELKAY MANUFACTURING COMPANY d/b/a HALSEY TAYLOR, EMBRACO NORTH AMERICA, INC., and GENERAL ELECTRIC COMPANY, | )<br>)<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the court on Nancy B. Paschall's Application for Admission to Practice *Pro Hac Vice* of Caroline Johnson Tanner. It appearing that Caroline Johnson Tanner is a member in good standing with the Georgia State Bar and will be appearing with Nancy B. Paschall, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Nancy B. Paschall's Application for Admission to Practice *Pro Hac Vice* (#15) of Caroline Johnson Tanner is **GRANTED**, and that Caroline Johnson Tanner is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Nancy B. Paschall.

Signed: February 16, 2012

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge